**PURE SOLUTIONS, INC.,**
Plaintiff–Appellant,

v.

**IFC CREDIT CORPORATION,**
Defendant–Appellee.

No. 05–14591.

United States Court of Appeals,
Eleventh Circuit.

May 15, 2006.

R. Jeffrey Stull, Tampa, FL, for Plaintiff–Appellant.

John H. Mueller, Smith Clark Delesie Bierley Mueller & Kadyk, PA, Tampa, FL, for Defendant–Appellee.

Vincent T. Borst, Debra Devassy, Askounis & Borst, PC, Chicago, IL, for Appellee IFC.

Before TJOFLAT, BARKETT and GOODWIN,* Circuit Judges.

PER CURIAM:

The question this appeal presents is whether the district court erred in upholding the forum selection clause in a contract appellant contends is invalid. We find no

error. *See IFC Credit Corporation v. Aliano Brothers General Contractors, Inc.,* 437 F.3d 606 (7th Cir.2006).

AFFIRMED.